**SO ORDERED.**

**SIGNED this 29 day of July, 2011.**



*Dale L. Somers*
**Dale L. Somers**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS
# WICHITA DIVISION

| | | |
|---|---|---|
| In The Matter Of: | ) | Case No. 11-10799-dls |
| | ) | |
| Kevin Dale Hall | ) | Chapter 7 |
| Yvonne Marie Hall | ) | |
| | ) | |
| Debtors, | ) | |
| | ) | |
| U.S. Bank, N.A., it's Successors and/or | ) | |
| Assigns | ) | |
| | ) | |
| Movant. | ) | |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

The Motion for Relief from the Automatic Stay was filed by U.S. Bank, N.A., it's Successors and/or Assigns on July 6, 2011. Copies of the Motion were sent by CM/ECF notification to the Trustee and to Counsel for the Debtors at that time with a Notice of Objection Deadline.

Pursuant to the Notice of Objection Deadline, parties were given until July 27, 2011 to file a written objection to said Motion.

United States Bankruptcy Court
District of Kansas
Wichita Division
In re: U.S. Bank, N.A., it's Successors and/or Assigns v. Kevin Dale Hall
Case No. 11-10799-dls
Chapter 7
Order Granting Relief from Stay
Page 2

Upon consideration of the pleadings and the record as a whole, the Court finds and concludes that the Movant has a security interest in the following property:

SOUTH EIGHT FEET (S 8') OF LOT SIX (6) AND THE NORTH EIGHTY FEET (N 80') OF LOT SEVEN (7) AND THE IN BLOCK TEN (10) IN C.A. STEELE & SONS THIRD ADDITION TO SCOTT CITY, SCOTT COUNTY, KANSAS AS SHOWN BY THE RECORDED PLAT THEREOF. Tax ID No. SL0079

The Court further finds and concludes that there is no equity in this property for the benefit of the bankruptcy estate; that Movant has not been afforded adequate protection for its interest. It is therefore,

ORDERED, ADJUDGED AND DECREED that the stay provided for by Section 362 of Title 11, United States Code, is terminated to permit the Movant to foreclose its security interest in the herein described property and to pursue its remedies in accordance with the security agreement and state law including obtaining possession of the property after foreclosure. Upon entry of a Discharge Order in the above case Movant may only seek in rem relief in state court proceedings. Movant currently has a foreclosure action pending in the District Court of Scott County with Case Number 11CV1.

United States Bankruptcy Court
Wichita Division
In re: U.S. Bank, N.A., it's Successors and/or Assigns v. Kevin Dale Hall
Case No. 11-10799-dls
Chapter 7
Order Granting Relief from Stay
Page 3

      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant shall be permitted to communicate with the Debtors and Counsel for Debtors to the extent provided for under nonbankruptcy law.

      IT IS FURTHER ORDERED that all further relief prayed for by Movant is hereby DENIED.

###

Order submitted by:

Millsap & Singer, LLC

*/s/ Cynthia M. Woolverton*
Cynthia M. Woolverton, #21445
612 Spirit Drive
St. Louis, MO  63005
Telephone:  (636) 537-0110
Facsimile:  (636) 537-0067
bktyks@msfirm.com
Attorneys for U.S. Bank, N.A., it's Successors and/or Assigns